WAGGONER ET AL. *v.* ROSENN, SECRETARY OF PUBLIC WELFARE OF PENNSYLVANIA.

No. 144, Misc. Decided May 5, 1969.

*William C. Sennett,* Attorney General of Pennsylvania, and *Edgar R. Casper,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion of appellants for leave to proceed *in forma pauperis* is granted. The judgment is vacated and the case is remanded to the United States District Court for the Middle District of Pennsylvania for further consideration in light of *Shapiro* v. *Thompson, ante,* p. 618.

RHODES *v.* KANSAS.

No. 877, Misc. Decided May 5, 1969.

*Kent Frizzell,* Attorney General of Kansas, and *E. G. Collister, Jr.,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the District Court of Sedgwick County, Kansas, for further consideration in light of *Smith* v. *Hooey,* 393 U. S. 374.